THE HONORABLE KAREN A. OVERSTREET

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

MICHAEL REID MOI,

    Debtor.

No. 10-15781- KAO

**DECLARATION OF RICK J WATHEN IN SUPPORT OF OBJECTION TO CHAPTER 13 PLAN AND MOTION TO CONTINUE**

I, Rick J Wathen, declare:

1. I am the attorney for Doug Kruger, the judgment creditor.
2. Attached hereto are true and correct copies of the following:

**Exhibit 1:** Notice of Appearance of Rick J Wathen filed in the above captioned matter.

**Exhibit 2:** Debtor's Original Schedule F.

**Exhibit 3:** Debtor's Original Summary of Schedules.

**Exhibit 4:** Debtor's Amended Summary of Schedules.

**Exhibit 5:** Copy of Chapter 13 Plan as received from Debtor's Attorney and proof of receipt.

**Exhibit 6:** Judgment against Moi dated May 3, 2010.

**Exhibit 7:** Debtor's Amended Schedule F.

**Exhibit 8:** Debtor's Schedule I.

**Exhibit 9:** Excerpts of Debtor's Statement of Financial Affairs.

**Declaration of Rick J Wathen
in Support Objection to Chapter 13 Plan
and Motion to Continue- 1**
F:\FILES\Kruger, Doug 08291\Bankruptcy\Objection.Chpt.13.Decl.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

**Exhibit 10:** Copy of print out from Washington State Department of Labor and Industries website.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this __22nd__ day of July, 2010, at Seattle, Washington.

//S// Rick J Wathen
Rick J Wathen

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following participants:

| Marc Stern<br>Attorney at Law<br>1825 NW 65th Street<br>Seattle, WA 98117 | [ ] **First Class Mail**<br>[ ] **Fax**<br>[ x ] **By CM/ECF** |
|---|---|
| K Michael Fitzgerald<br>Bankruptcy Trustee<br>600 University St. #2200<br>Seattle, WA 98101<br>Tel: 206-624-5124 | [ ] **First Class Mail**<br>[ ] **Fax**<br>[ x ] **By CM/ECF** |

Dated this 22nd day of July, 2010, at Seattle, Washington.

_____
Legal Assistant
Elyse Conte

**Declaration of Rick J Wathen
in Support Objection to Chapter 13 Plan
and Motion to Continue- 2**
F:\FILES\Kruger, Doug 08291\Bankruptcy\Objection.Chpt.13.Decl.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494