THE HONORABLE MARC BARECCA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 10-15781- MLB |
| MICHAEL REID MOI, | **DECLARATION OF RICK J WATHEN IN SUPPORT OF OBJECTION TO CHAPTER 13 PLAN AND MOTION TO CONTINUE** |
| Debtor. | |

I, Rick J Wathen, declare:

    1.    I am the attorney for Doug Kruger, the judgment creditor.

    2.    Attached hereto are true and correct copies of the following:

    **Exhibit 1:**    September 20, 2010, letter from Cole Lether Wathen Leid & Hall to

        Mark Stern.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 27TH day of September, 2010, at Seattle, Washington.


                 //S// Rick J Wathen
                 Rick J Wathen

**Declaration of Rick J Wathen
in Support Objection to Chapter 13 Plan
and Motion to Continue- 1**
F:\FILES\Kruger, Doug 08291\Bankruptcy\Objection.Chpt.13.Second.Decl.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following participants:

| | |
|---|---|
| Marc Stern<br>Attorney at Law<br>1825 NW 65th Street<br>Seattle, WA 98117 | [ ]    **First Class Mail**<br>[ ]    **Fax**<br>[ x ]  **By CM/ECF** |
| K Michael Fitzgerald<br>Bankruptcy Trustee<br>600 University St. #2200<br>Seattle, WA 98101<br>Tel: 206-624-5124 | [ ]    **First Class Mail**<br>[ ]    **Fax**<br>[ x ]  **By CM/ECF** |

Dated this _27th_ day of September, 2010, at Seattle, Washington.

Legal Assistant
Danielle Menillo

**Declaration of Rick J Wathen
in Support Objection to Chapter 13 Plan
and Motion to Continue- 2**
F:\FILES\Kruger, Doug 08291\Bankruptcy\Objection.Chpt.13.Second.Decl.wpd