MARK S. COLE
THOMAS LETHER*
RICK J WATHEN
RORY W. LEID, III
RYAN J. HALL*
◊
SALLY S. KIM, *Senior Associate*
ERIC J. NEAL, *Senior Associate*
◊
JENNIFER P. DINNING
RYAN J. HESSELGESSER
KIMBERLY E. LARSEN
ALLISON L. MICHELI
MIDORI R. SAGARA
CHRIS L. WINSTANLEY

# COLE, LETHER, WATHEN, LEID & HALL, P.C.

1000 Second Avenue Building, Suite 1300
Seattle, WA 98104-1082

Telephone (206) 622-0494
Toll free (888) 622-0494
Fax (206) 587-2476
Website: clwlh.com

FRED G. CLARKE, 1879 - 1945
GEORGE H. BOVINGDON, 1906 - 1988
GEORGE G. BOVINGDON, 1934 - 1995
FRED G. (TED) CLARKE, JR., 1911 - 2000
GEORGE W. CLARKE 1906 - 2006
◊
*Also Licensed in Oregon

September 20, 2010

**SENT VIA EMAIL AND US MAIL**

Marc S. Stern
1825 NW 65th St.
Seattle, WA 98117
marc@hutzbah.com

Re: *In Re: Michael Reid Moi*, United States Bankruptcy Court,
Western District Case No. 10-15781-KAO
Our Client        :    Kruger, Doug
Our File No    :    08291

Dear Mr. Stern:

I am in receipt of your Complaint which you have filed directly against myself. This letter is to discharge of my obligations under the decision of *MacDonald v. Korum Ford*, 80 Wn. App. 877, 892, 912 P.2d 1052 (1996) prior to seeking CR 11 sanctions against you personally. I also wish to draw your attention to the decision of *Manteufel v. SAFECO*, 117 Wn. App. 168 (2003). You should be aware that I have no interest in the underlying litigation as between Mr. Moi and Mr. Kruger. I was retained *after* judgment was obtained against your client for the first matter. The second lawsuit involved your client's ongoing failure to meet his obligations under the note and judgment was obtained. The basis for that judgment is all on public record with the King County Superior Court. I do not have an interest in any of the litigation. I do not have an interest in any of the real property at issue in the various disputes. My only involvement in any of these matters is as counsel representing Mr. Kruger. Nothing more, nothing less.

This letter is to demand that you dismiss the lawsuit naming me personally. If you do not within ten days of the date of this letter, I will proceed to file a motion seeking CR 11 sanctions against you personally.



Please call me if you should have any questions.

Very truly yours,

COLE, LETHER, WATHEN, LEID & HALL, P.C.

Rick J Wathen

RJW/dm
F:\FILES\Kruger, Doug 08291\Bankruptcy\Stern.002.wpd
cc:     Doug Kruger