| | |
|---|---|
| Marc S. Stern<br>1825 NW 65th St.<br>Seattle, WA 98117<br>206-448-7996<br>marc@hutzbah.com | Hon. Marc Barecca<br>Chapter 13<br>Hearing Date:<br>Hearing Time<br>Response Date |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

NO. 10-15781

In re

MICHAEL REID MOI,

    Debtor.

RESPONSE TO OBJECTION TO CONFIRMATION

The Debtor, by and through counsel, responds to the objection to confirmation by Kruger as follows:

1. This creditor does not have an allowed unsecured claim. His claim has been objected to. The Objection, such as it is, has been controverted by a declaration filed by his attorney Rick Wathen in the King County Superior Court.

2. Documents uncovered in 2004 Examinations of Mr. Kruger lead to questions as the owner of the claims in question.

3. Further facts are set forth in the Objection to Claim and Counterclaims filed as an Adversary Proceeding herein.

Dated this September 30, 2010

                                       */s/ Marc S. Stern*
                                       Marc S. Stern
                                       WSBA 8194
                                       Attorney for Debtor

OBJECTION TO CLAIMS, COUNTERCLAIMS
AND THIRD PARTY COMPLAINT – 1
resp to obj to conf.wpd

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206)448-7996