| Marc S. Stern<br>1825 NW 65th St.<br>Seattle, WA 98117<br>206-448-7996<br>marc@hutzbah.com | Hon. Marc Barreca<br>Chapter 13<br>Hearing Date: November 18, 2010<br>Hearing Time: 9:30 a.m.<br>Response Date: November 11, 2010 |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re

MICHAEL REID MOI,

    Debtor.

NO. 10-15781

RESPONSE TO OBJECTION TO CONFIRMATION

Debtor, by and through counsel, responds to the objection to confirmation as follows:

1. The debtor has been making Plan payments and is current.

2. The debtor has listed property for sale in which an earnest money is actively being negotiated. The proposed sale of the property should be sufficient to pay all allowed creditors in full.

3. Mr. Kruger does not have an allowed claim in these proceedings.

4. Debtor incorporates herein the prior response to objection to confirmation by this creditor and further, incorporates herein the objection to claim and counterclaims currently pending in this court.

Dated this 11th day of November, 2010.

                                                                              /s/ Marc S. Stern
                                                                              Marc S. Stern
                                                                              WSBN 8194
                                                                              Attorney for debtor

RESPONSE TO OBJECTION TO CONFIRMATION   – 1
response to object to confrmation.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**